United States Bankruptcy Court

Central District of California

In re:  
Bobby Japhia  
    Debtor

Case No. 24-10129-RC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 2  
Date Rcvd: Jun 20, 2024      Form ID: ntcpdiv      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobby Japhia, 4072 Huckleberry Circle, Dallas, TX 75216-6035 |
| 41844920 | + | Cedars Sinai Medical Center, File 1108, 1801 W. Olympic Blvd, Pasadena, CA 91199-0001 |
| 41844923 | + | Jason Wilson, 3500 Via Real, Carpinteria, CA 93013-3048 |
| 41844922 | + | Jason Wilson, 29155 Northwestern Hwy, Ste 563, Southfield, MI 48034-1011 |
| 41844924 | + | Jeffrey Carter, c/o Anthony Bell, Esq., Superheroes at Law PC, 8383 Wilshire Blvd, Ste 935, Beverly Hills, CA 90211-2427 |
| 41844926 | + | Navy Federal American Express, PO Box 3501, Merrifield, VA 22119-3501 |
| 41844927 | + | PULLP, 111 Broadway, 8th Fl, New York, NY 10006-2018 |
| 41844928 | | Rosedale Vision, 19950 Grand River, Detroit, MI 48223 |
| 41844930 | + | SEC, John E. Birkenheier, 175 W. Jackson Blvd, Ste 1450, Chicago, IL 60604-2710 |
| 41844929 | + | Saima S. Mohsin, AUSA, 211 W. Fort St., Ste 2001, Detroit, MI 48226-3220 |
| 41844931 | + | Thinking Minds Productions, 1420 Washington Blvd., Ste 301, Detroit, MI 48226-1750 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJNAMBA | Jun 21 2024 11:53:00 | Jerry Namba (TR), 1375 E. Grand Avenue Suite 103, PMB 545, Arroyo Grande, CA 93420-2421 |
| smg | ^ | MEBN | Jun 21 2024 08:03:28 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + | Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | Jun 21 2024 08:12:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| smg | | EDI: EDD.COM | Jun 21 2024 11:53:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 21 2024 11:53:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41844919 | + | EDI: CAPITALONE.COM | Jun 21 2024 11:53:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 41844921 | + | EDI: IRS.COM | Jun 21 2024 11:53:00 | IRS, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 41844925 | + | EDI: NFCU.COM | Jun 21 2024 11:53:00 | Navy Federal, PO Box 3501, Merrifield, VA 22119-3501 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0973-9 | User: admin | Page 2 of 2
Date Rcvd: Jun 20, 2024 | Form ID: ntcpdiv | Total Noticed: 19

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel King | on behalf of Debtor Bobby Japhia dking@theattorneygroup.com ecftag@yahoo.com |
| Jerry Namba (TR) | jnambalaw@yahoo.com jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

1415 State Street, Santa Barbara, CA 93101−2511

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Bobby Japhia
**SSN:** xxx−xx−9178
**EIN:** N/A
aka Robert Samuel Shumake

4072 Huckleberry Circle
Dallas, TX 75216

**BANKRUPTCY NO.** 9:24−bk−10129−RC
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before September 23, 2024**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 20, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**16 /**