TIMOTHY J. YOO (State Bar No. 155531)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyg.com; mgd@lnbyg.com

Attorneys for Jerry Namba
Chapter 7 Trustee

**FILED & ENTERED**

**AUG 23 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

In re

BOBBY JAPHIA,

                Debtor.

Case No. 9:24-bk-10129-RC

Chapter 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.  AS GENERAL BANKRUPTCY COUNSEL**

[No hearing required pursuant to 9013-1(o) and 2014-1(b)(1)]

The Court, having considered the "Application of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel; Declaration of Timothy J. Yoo in Support Thereof" (the "Application"), filed by Jerry Namba, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Bobby Japhia (the "Debtor"), and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Application was timely filed; finding that it appears in the best interest of the estate that the Trustee employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as his general counsel; finding further that LNBYG is disinterested; finding further that the appropriate notice has been mailed to the Debtors and all interested parties as required under Local Bankruptcy Rule 2014-1(b)(2); and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Application is approved.

2.     The Trustee is hereby authorized to employ LNBYG as general counsel, with said employment effective as of June 29, 2024, for the purposes set forth in the Application and upon the terms and conditions set forth therein.

**IT IS SO ORDERED.**

# # #

Date: August 23, 2024

Ronald A. Clifford III
United States Bankruptcy Judge